Karl Carter BAZEMORE, Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 00–7664.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

Karl Carter Bazemore, pro se. James E. Parham, Jr., Irmo, SC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Karl Carter Bazemore appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and

find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bazemore v. South Carolina Dep't of Corr.,* No. CA–00–617–6 (D.S.C. filed Nov. 13, 2000; entered Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*